IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES S. RENCHENSKI, | : |
| Plaintiff | : |
| v. | : Case No. 3:23-cv-65-KAP |
| FREDRIC J. AMMERMAN, | : |
| Defendant | : |

<u>Memorandum Order</u>

ECF no. 6 was docketed on May 23, 2023 as "Motion to Add Co-Plaintiff re [ECF] 1 by Charles S. Renchenski." This is docketing error. The pleading appears to belong to a case at 2:23-cv-645 captioned <u>Dugan v. Carter</u>. The Clerk shall remove it from this docket and docket it in the right case.

DATE: May 24, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Charles S. Renchenski AP-8124
S.C.I. Coal Township
1 Kelley Drive
Coal Township, PA 17866